PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES V. JOHNS,<br><br>Defendant. | Case No. 5:24-po-00035-CDB<br><br>[Citation #E1574682, CA10]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00035-CDB [Citation #E1574682, CA10] against JAMES V. JOHNS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The parties have reached a deferred prosecution agreement in this case.

DATED: May 20, 2024                         Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                    By:     /s/ *Chan Hee Chu*
                                            CHAN HEE CHU
                                            Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:24-po-00035-CDB [Citation #E1574682, CA10] against JAMES V. JOHNS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE